No. 1202. GWIN ET AL., DBA MOBILE SUPPLY CO. *v.* LIBERTY MUTUAL INSURANCE CO. C. A. 5th Cir. Certiorari denied. *George E. Stone, Jr.,* and *George F. Wood* for petitioners. *Thomas E. Twitty, Jr.,* for respondent. ■■■■■■■■■■■■■

No. 1297. BOWERS *v.* KAISER STEEL CORP. Sup. Ct. Alaska. Certiorari denied. *Edgar Paul Boyko* for petitioner. *George V. Powell* for respondent. ■■■■■■■
■■■■■■■■■

No. 1316. AMES ET AL., ADMINISTRATORS *v.* IRVINE CO. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Manuel Ruiz* for petitioners. *William L. Anderson* for respondent. ■■■■■■■■■■■■■
■■■■■

No. 1319. BROOKS *v.* HUNTER ET AL. C. A. D. C. Cir. Certiorari denied. *Homer Brooks,* petitioner, *pro se. F. Joseph Donohue* for respondents.

No. 1323. CONTINENTAL OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Bruce R. Merrill, Joseph C. Johnson* and *Thomas H. Burton* for petitioner Continental Oil Co., *Henry B. Weaver, Jr., Stuart J. Scott* and *Bernard A. Foster, Jr.,* for petitioner Atlantic Richfield Co., and *Edmund D. Buckley* for petitioner Tidewater Oil Co. ■■■■■■
■■■■■■■■

No. 1325. GROSSMAN ET AL. *v.* STUBBS ET AL. Super. Ct. N. J. Certiorari denied.

No. 1435. GULF OIL CORP. ET AL. *v.* WOLOWITZ. C. A. D. C. Cir. Certiorari denied. *Henry T. Rathbun* for petitioners. *William D. Hall* and *Elliott I. Pollock* for respondent.